# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MELVIN LUTCHER, SR.** | * | **CIVIL ACTION NO. 18-0071** <br> **SEC. P.** |
| **VERSUS** | * | **JUDGE ROBERT G JAMES** |
| **CALVIN JOHNSON** | * | **MAG. JUDGE KATHLEEN KAY** |

# RULING

Pending before the Court is a Petition for Writ of *Habeas Corpus* filed, pro se, by Petitioner Melvin Lutcher, Sr. On February 22, 2018, Magistrate Judge Kathleen Kay issued a Report and Recommendation [Doc. No. 12], recommending that the Petition be dismissed without prejudice for lack of jurisdiction.

Petitioner filed objections [Doc. Nos. 14 & 15] to the Report and Recommendation and also sought leave to file an amended complaint. [Doc. No. 16]. On May 29, 2018, Magistrate Judge Kay issued a Memorandum Order [Doc. No. 17] denying his motion to file an amended complaint because "Lutcher's two prior amendments" did not "cure his inability to show jurisdiction through the savings clause, and his proposed amendment" also failed "to establish a basis for the court's jurisdiction as it does not point to a Supreme Court decision showing that Lutcher might have been convicted of a nonexistent offense."

After having conducted a *de novo* review of the entire record, including Petitioner's objections and his other filings, the Court agrees with and ADOPTS Magistrate Judge Kay's Report and Recommendation. Accordingly,

Petitioner's Petition for Writ of *Habeas Corpus* is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 30th day of May, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE