# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MELVIN LUTCHER, SR.** | * | **CIVIL ACTION NO. 18-0071**<br>**SEC. P.** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **CALVIN JOHNSON** | * | **MAG. JUDGE KATHLEEN KAY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, for the reasons stated in the Magistrate Judge's Report and Recommendation, and for those additional reasons in the Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 30th day of May, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE